# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 5, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128554

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                               SC: 128554
                               COA: 251750
                               Oakland CC: 02-183651-FC

CAROL LORRAINE MATHIS,
     Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the March 15, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      KELLY, J., would grant leave to appeal to affirm the applicability and viability of *People v Scruggs*, 256 Mich App 303 (2003).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 5, 2005 _____

d1128                                            Clerk